THE STATE EX REL. COOPER, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Cooper v. Indus. Comm.,*
110 Ohio St.3d 37, 2006-Ohio-3457.]

(No. 2005–1512—Submitted March 14, 2006—Decided July 19, 2006.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of our decision in *State ex rel. Stevens v. Indus. Comm.,* 110 Ohio St.3d 32, 2006-Ohio-3456, 850 N.E.2d 55.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

RESNICK and PFEIFER, JJ., dissent.

---

ALICE ROBIE RESNICK, J., dissenting.

{¶ 2} I dissent for the reasons stated in my dissent in *State ex rel. Stevens v. Indus. Comm.,* 110 Ohio St.3d 32, 2006-Ohio-3456, 850 N.E.2d 55.

PFEIFER, J., concurs in the foregoing dissenting opinion.

---

Wade Law Office, L.L.C., and E. Roberta Wade, for appellant.

Jim Petro, Attorney General, and Gerald H. Waterman, Assistant Attorney General, for appellee.